**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WATSON MUSIC GROUP, LLC. D/B/A
QUADRASOUND MUSIC,

        Plaintiff,

        v.

WINDSOR PROPERTY MANAGEMENT
COMPANY,

        Defendant.

Case No: 1:24-cv-12961-RGS

## <u>REQUEST FOR ENTRY OF CLERK'S DEFAULT</u>

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Watson Music Group, LLC. d/b/a Quadrasound Music ("*Plaintiff*"), by and through its undersigned counsel, hereby moves this Honorable Court for an entry of default against defendant Windsor Property Management Company ("*Defendant*") for failing to plead or otherwise defense this action as required by law. Filed concurrently herewith is the Declaration of Craig Sanders in Support of Plaintiff's Request for Entry of Clerk's Default.

Dated: January 10, 2025

        **SANDERS LAW GROUP**

        By:   */s/ Craig Sanders*
        Craig Sanders, Esq.
        333 Earle Ovington Blvd, Suite 402
        Uniondale, NY 11553
        Tel: (516) 203-7600
        Email: csanders@sanderslaw.group
        File No.: 128717
        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Craig Sanders, hereby certify that I caused the foregoing document to be served via U.S.

Mail on the 10th day of January, 2025, upon the following:

CT Corporation System
c/o Windsor Property Management Company
155 Federal St., Ste. 700
Boston, MA 02110

Windsor Property Management Company
125 High Street
High Street Tower, 27th Fl.
Boston, MA 02110

*/s/ Craig Sanders*
Craig Sanders, Esq.
